CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Citizens for Responsibility and Ethics in Washington
_____
Plaintiff(s)

Civil Action No.  25-cv-01768-ACR

vs.

Consumer Financial Protection Bureau et al
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Jeffrey S. Gutman _____, hereby state that:

On the 11th ____ day of June _____, 2025 ____, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~, addressed to the following defendant:

Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Ave NW DC 20530

I have received the receipt for the certified mail, No. 95890710527008694349913 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 16th ____ day of June _____, 2025 ____.

I declare under penalty of perjury that the foregoing is true and correct.

June 30, 2025
_____
(Date)

Jeffrey S. Gutman
_____
(Signature)

# USPS Tracking®

FAQs ›

**Tracking Number:**                                                    Remove ✕

## 9589071052700869434913

Copy          **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was picked up at a postal facility at 5:09 am on June 16, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
June 16, 2025, 5:09 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                    ⌄

**Product Information**                                                    ⌄

Feedback

                              **See Less** ⌃

Track Another Package

Enter tracking or barcode numbers