UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-1768 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 20, 2025, Minute Order, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties report that they have complied with the Court's directive to exchange ideas about ways to clarify and narrow the scope of the plaintiff's FOIA requests.  *See* Min. Order (Jul. 31, 2025).  The parties further report that their discussions continue and that they require some additional time to conclude those discussions.  The parties respectfully request that the Court permit them to file another joint status report on or before October 17, 2025.

\*　　\*　　\*

- 2 -

| | |
|---|---|
| Dated: September 11, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| By:  /s/ Kayvan Farchadi<br>Kayvan Farchadi (D.C. Bar No. 1672753)<br>Alex Goldstein (D.C. Bar No. 90005086)<br>Jonathan E. Maier (D.C. Bar No. 1013857)<br>Citizens for Responsibility and Ethics in Washington<br>P.O. Box 14596<br>Washington, D.C. 20004<br>Telephone: (202) 408-5565<br>Fax: (202) 588-5020<br>kfarchadi@citizensforethics.org<br>agoldstein@citizensforethics.org<br>jmaier@citizensforethics.org<br><br>*Counsel for Plaintiff* | By:  /s/ *Dimitar P. Georgiev*<br>Dimitar P. Georgiev, D.C. Bar #1735756<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252 – 7678<br><br>*Attorneys for the United States of America* |