

## SOCIAL SECURITY

Refer to:
S9H: 2025-FOIA-00524

January 10, 2025

Jonathan Maier
1331 F Street NW, Suite 900
Washington, DC  20004
jmaier@citizensforethics.org

Dear Jonathan Maier:

I am responding to your December 19, 2024 Freedom of Information Act (FOIA) request to the Social Security Administration (SSA) for the following records from November 5, 2024 to the date this request is processed:

1. Any and all communications between employees of SSA and Elon Musk, Vivek Ramaswamy, Antonio Gracias, William (Bill) McGinley, or Steve Davis.
2. Any and all communications between employees of SSA and any other individual purporting to represent, work for, or communicate on behalf of Elon Musk, Vivek Ramaswamy, Antonio Gracias, William (Bill) McGinley,  or Steve Davis.
3. Any and all communications between employees of SSA and any other individual purporting to have an association with, represent, work for, or communicate on behalf of the Department of Government Efficiency ("DOGE").
4. Any and all communications between employees of SSA and any other individual purporting that they will in the future have an association with, represent, work for, or communicate on behalf of DOGE.
5. Any and all communications between employees of SSA and any other individual purporting to have an association with, represent, work for, or communicate on behalf of "Delivering Outstanding Government Efficiency Caucus," "DOGE Caucus," and related terms.
6. Any and all communications between employees of SSA and Senator Joni Ernst, Congresswoman Marjorie Taylor Greene, or their offices between November 5, 2024 and the present regarding DOGE, SSA's organizational structure, staffing, or expenditures or the efficiency of any of its programs, functions, or operations.
7. Any and all communications between employees of SSA and any other individual purporting that they will in the future have an association with, represent, work for, or communicate on behalf of "Delivering Outstanding Government Efficiency Caucus," "DOGE Caucus," and related terms.
8. Any and all records within SSA regarding "Department of Government Efficiency," "DOGE," "Government Efficiency Commission," "Delivering Outstanding Government Efficiency Caucus," or "DOGE Caucus."

Page 2 – Jonathan Maier

You also asked for a fee waiver.

We have reviewed your request and have determined that you have not submitted a proper FOIA request.  Under the FOIA, you must reasonably describe the documents you are requesting so that we can locate them with a reasonable amount of effort.  Phrases such as "any and all" do not adequately describe the records you seek.  Furthermore, SSA employs approximately 58,800 people.  Searching the records of every SSA employee would be unreasonably burdensome to the agency.  The FOIA allows the public to request agency records; however, you must adequately identify the records you are requesting in order for us to perform a search.

Since you have not submitted a proper request as required under the FOIA, we are closing your December 19, 2024 request.  Your request for a fee waiver is moot.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 833-795-0132.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services.  OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD  20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD  21235.  Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request.  Please mark the envelope or subject line with "Freedom of Information Appeal."

Sincerely,

Michelle L. Christ
Freedom of Information Officer