

# Document Delivery Log - 2025-FOIA-00524

Retry Delivery | Delete Delivery | Refresh | View Error Description | Change Dispatch Date | View Downloads | View Email | Close

## Document Delivery Log

| Id | User | Mode | Status | Delivery Type | Email | Dispatched Date | Date |
|----|------|------|--------|---------------|-------|-----------------|------|
| ▮ | ▮ | E-mail | Delivered | Final | jmaier@citizensfor... | 01/10/2025 | 01/10/2025 |

Page size: 20 ▾                    1 items in 1 pages

**Protected Information**
**CREW v. SSA**