| | |
|---|---|
| **From:** | VACO FOIA Service Inbox |
| **To:** | agoldstein@citizensforethics.org |
| **Subject:** | 25-04344-F Request for Clarification |

**Good morning,**

We are in receipt of the FOIA request description below.

> 1) Any and all communications between employees of VA and Elon Musk, Vivek Ramaswamy, Antonio Gracias, William (Bill) McGinley, or Steve Davis.
> 2) Any and all communications between employees of VA and any other individual purporting to represent, work for, or communicate on behalf of Elon Musk, Vivek Ramaswamy, Antonio Gracias, William (Bill) McGinley, or Steve Davis.
> 3) Any and all communications between employees of VA and any other individual purporting to have an association with, represent, work for, or communicate on behalf of the Department of Government Efficiency ("DOGE").
> 4) Any and all communications between employees of VA and any other individual purporting that they will in the future have an association with, represent, work for, or communicate on behalf of the Department of Government Efficiency ("DOGE").
> 5) Any and all communications between employees of VA and any other individual purporting to have an association with, represent, work for, or communicate on behalf of "Delivering Outstanding Government Efficiency Caucus," "DOGE Caucus," and related terms.
> 6) Any and all communications between employees of VA and Senator Joni Ernst, Congresswoman Marjorie Taylor Greene, or their offices between November 5, 2024 and the present regarding DOGE, VA's organizational structure, staffing, or expenditures or the efficiency of any of its programs, functions, or operations.
> 7) Any and all communications between employees of VA and any other individual purporting that they will in the future have an association with, represent, work for, or communicate on behalf of "Delivering Outstanding Government Efficiency Caucus," "DOGE Caucus," and related terms.
> 8) Any and all records within VA regarding "Department of Government Efficiency," "DOGE," "Government Efficiency Commission," "Delivering Outstanding Government Efficiency Caucus," or "DOGE Caucus." (Date Range for Record Search: From 11/5/2024 To 12/19/2024)

Please provide the following clarification:

1. Please provide the name of the VA Official(s) or VA offices you are seeking communications on.
2. Please specify all keywords associated with the search

Your request for a Fee Waiver is under review.

**Your request will be placed on-hold for no more than 30 calendar days, while we wait for the clarification. If no response is received within the specified timeframe, your request will be administratively closed.**

Thank you,

VA FOIA Service
Department of Veteran Affairs
Compliance, Risk and Remediation (CRR)
Office of Information and Technology (OI&T)
Washington, DC 20240
E-Fax: 202-632-7581
Vacofoiase@va.gov