| | |
|---|---|
| **From:** | Price, Chaquonna B. |
| **To:** | agoldstein@citizensforethics.org |
| **Cc:** | foia@citizensforethics.org |
| **Subject:** | 25-04344-F OIT Administrative Closure |
| **Attachments:** | RE EXTERNAL Re 25-04344-F Request for Clarification(Due Monday April 7 2025).msg |

Good Afternoon,

This is the Final Response to your FOIA to your FOIA request to the Department of Veteran Affairs, dated and received on December 19, 2024 . You sought the following:

1) Any and all communications between employees of VA and Elon Musk, Vivek Ramaswamy, Antonio Gracias, William (Bill) McGinley, or Steve Davis.

2) Any and all communications between employees of VA and any other individual purporting to represent, work for, or communicate on behalf of Elon Musk, Vivek Ramaswamy, Antonio Gracias, William (Bill) McGinley, or Steve Davis.

3) Any and all communications between employees of VA and any other individual purporting to have an association with, represent, work for, or communicate on behalf of the Department of Government Efficiency ("DOGE").

4) Any and all communications between employees of VA and any other individual purporting that they will in the future have an association with, represent, work for, or communicate on behalf of the Department of Government Efficiency ("DOGE").

5) Any and all communications between employees of VA and any other individual purporting to have an association with, represent, work for, or communicate on behalf of "Delivering Outstanding Government Efficiency Caucus," "DOGE Caucus," and related terms.

6) Any and all communications between employees of VA and Senator Joni Ernst, Congresswoman Marjorie Taylor Greene, or their offices between November 5, 2024 and the present regarding DOGE, VA's organizational structure, staffing, or expenditures or the efficiency of any of its programs, functions, or operations.

7) Any and all communications between employees of VA and any other individual purporting that they will in the future have an association with, represent, work for, or communicate on behalf of "Delivering Outstanding Government Efficiency Caucus," "DOGE Caucus," and related terms.

8) Any and all records within VA regarding "Department of Government Efficiency," "DOGE," "Government Efficiency Commission," "Delivering Outstanding Government Efficiency Caucus," or "DOGE Caucus." (Date Range for Record Search: From 11/5/2024 To 12/19/2024)

In the attached email, dated March 5, 2025, we requested additional clarification, and made you aware that a response was due within 30 business days from that day. To date, your response is still outstanding. Therefore, your request is being administratively closed.

This concludes my response to FOIA request 25-04344-FIf you disagree with my determinations set forth in this response, please be advised you may appeal to the VA Office of General Counsel. Appeals may be submitted electronically, faxed, to mailed to the following address:

**Appeal mailing address:**
Office of the General Counsel (024)
Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, D.C. 20420
Appeal fax: 202-273-6388
Appeal email address: ogcfoiaappeals@va.gov

If you should choose to file an appeal, your appeal must be postmarked or electronically transmitted no later than ninety (90) calendar days from the date of this letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

You may also seek assistance and/or dispute resolution services for any other aspect of your FOIA request from VACO's FOIA Public Liaison and/or Office of Government Information Services (OGIS) as provided below:

VACO FOIA Public Liaison:
Email Address: foiahelp@va.gov

**Office of Government Information Services (OGIS)**
Email: ogis@nara.gov
Fax: 202-741-5769
Mailing address:
Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001

If you should have any questions, please feel free to contact this office at vacofoiase@va.gov , referencing tracking number 25-04344-F.

**Thank you,**

**VA FOIA Service**
**Compliance, Risk and Remediation (CRR)**
**Office of Information and Technology (OI&T)**

**Washington, DC 20240**
**Department of Veteran Affairs**
**E-Fax: 202-632-7581**
[Vacofoiase@va.gov](mailto:Vacofoiase@va.gov)